UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | |
|---|---|---|
| Case No. | **EDCV 23-1980-MWF(MRWx)** | Date:  November 30, 2023 |
| Title | **Cheryl Monroy v. Phillips and Cohen Associates, Ltd., et al.** | |

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on September 28, 2023.  (Docket No. 1).  On October 12, 2023, Plaintiff filed Proofs of Service of the Summons and Complaint on Defendants PCA Acquisitions V, LLC, and Phillips and Cohen Associates, LTD.  (Docket Nos. 11 and 12).  On October 27, 2023, the parties filed a Stipulation to Extend Time to Respond to Initial Complaint.  (Docket No. 14).  Pursuant to that Stipulation, the Defendants' response to the Complaint was due November 24, 2023.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **DECEMBER 11, 2023**.

- BY DEFENDANTS:  RESPONSES TO THE COMPLAINT.  The parties may also file an appropriate stipulation to extend the time within which Defendants must respond to the Complaint.

    OR

- BY PLAINTIFF:  APPLICATIONS FOR CLERK TO ENTER DEFAULT.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **EDCV 23-1980-MWF(MRWx)**                                          Date:  November 30, 2023

Title          **Cheryl Monroy v. Phillips and Cohen Associates, Ltd., et al.**

submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **DECEMBER 11, 2023** will result in the dismissal of this action.

    IT IS SO ORDERED.

Initials of Preparer:  RS/sjm