JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL MONROY,<br><br>Plaintiff,<br><br>v.<br><br>PHILLIPS & COHEN ASSOCIATES, LTD. and PCA ACQUISITIONS V, LLC,<br><br>Defendants. | Case No.: 5:23-cv-1980-MWF(MRWx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS PHILLIPS & COHEN ASSOCIATES, LTD. and PCA ACQUISITIONS V, LLC** |

Upon review of the Parties' Stipulation of Dismissal with Prejudice of Defendants Phillips & Cohen Associates, LTD. and PCA Acquisitions V, LLC (collectively, "Defendants"), and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED.**

The above-entitled matter is hereby dismissed with prejudice against Defendants.

**IT IS ORDERED.**

Dated: December 4, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge